### O. F. Gould v. The State.

No. 1556. Decided March 27, 1912.

**Sunday Law—Judicial Construction.**

Where, upon appeal from a conviction of a violation of the Sunday law, under Article 1014, Penal Code, the questions involved are the same as those decided adversely to appellant in a companion case, there is no error.

Appeal from the County Court of Dallas County at Law. Tried below before the Hon. W. F. Whitehurst.

Appeal from a violation of the Sunday law; penalty, a fine of $200. The opinion states the case.

*Walker & Williams,* for appellant.

*C. E. Lane,* Assistant Attorney-General, and *Currie McCutcheon,* Assistant County Attorney, for the State.

DAVIDSON, PRESIDING JUDGE.—This is a companion case of the case of O. F. Gould v. State, No. 1558, this day decided. The questions involved in this appeal are practically the same as in that case and are decided adversely to appellant's contention. The views of the writer are well known to the profession as shown by previous opinions and dissenting opinions reported. My brethren are of opinion these cases should be affirmed. It would be useless on my part to write further in regard to these questions. On the authority of the opinions in the cases by my brother Harper this judgment will be affirmed.

*Affirmed.*